IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROYAL BANK OF CANADA,  Plaintiff,  vs.  CENTRAL PLAINS ENERGY PROJECT,  Defendant. | 8:14CV28  **ORDER** |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 13).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, April 23, 2014, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

Dated this 2nd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court