IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROYAL BANK OF CANADA,         )
                              )
        Plaintiff and         )           8:14CV28
        Counter-Defendant,    )
                              )
        v.                    )
                              )
CENTRAL PLAINS ENERGY PROJECT,)           ORDER
                              )
        Defendant and         )
        Counter-Plaintiff.    )
_____)
```

This matter is before the Court on the joint motion for protective order (Filing No. 26). The Court notes both parties have approved the stipulated protective order attached as Exhibit A to the motion. Accordingly,

IT IS ORDERED that the motion is granted; the stipulated protective order is approved and adopted by the Court as if fully set forth herein.

DATED this 14th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court