IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROYAL BANK OF CANADA, | CASE NO. 8:14-CV-00028 |
| Plaintiff and Counter-Defendant, | ORDER CONTINUING PROGRESSION OF CASE AND ORDER MAINTAINING STATUS QUO REGARDING DELIVERIES OF NATURAL GAS |
| v. | |
| CENTRAL PLAINS ENERGY PROJECT, | |
| Defendant and Counter-Plaintiff. | |

This matter is before Court on the Stipulation and Joint Motion to Continue Progression of the Case and for an Order Maintaining the Status Quo Regarding Deliveries of Natural Gas (Filing No. 28).  Upon consideration of said motion, the Court finds it should be granted.  Accordingly,

ORDER CONTINUING PROGRESSION OF CASE

The deadlines and dates contained in paragraphs 2, 4, 6, 8, 9 and 11 of the Final Progression Order are stayed until a new Progression Order is entered by the Court.

ORDER MAINTAINING STATUS QUO
REGARDING DELIVERIES OF NATURAL GAS

IT IS HEREBY ORDERED:

1) That the parties shall maintain the status quo during the pendency of the above-captioned matter by continuing their respective performances under the terms of the Prepaid Natural Gas Purchase and Sale Agreement (the "Prepaid Agreement") and all related agreements.  Plaintiff and

Counter-Defendant, Royal Bank of Canada ("RBC"), and Defendant and Counter-Plaintiff Central Plains Energy Project ("CPEP") accordingly shall continue to "Schedule" "Gas" as provided in Exhibit A of the Prepaid Agreement, until January 1, 2015, or the matter is otherwise dismissed by the Court upon motion of both parties;

      2) This Order is without prejudice to the respective legal positions of RBC and CPEP regarding any of the issues in the above-captioned matter and shall not constitute a waiver of any contractual, statutory or common law rights of the respective parties; and

      3) For purposes of this Order terms appearing in quotations are terms defined by the Prepaid Agreement, which definitions shall apply unless otherwise modified by this Order.

DATED this 3rd day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

───────────────────────────
LYLE E. STROM, Senior Judge
United States District Court

4842-5762-4861, v. 2