IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROYAL BANK OF CANADA,         )
                              )
        Plaintiff and         )          8:14CV28
        Counter-Defendant,    )
                              )
        v.                    )
                              )
CENTRAL PLAINS ENERGY PROJECT,)          ORDER
                              )
        Defendant and         )
        Counter-Plaintiff.    )
_____)
```

This matter is before the Court on the stipulation and joint motion for dismissal with prejudice (Filing No. 30). The Court finds the stipulation should be approved and adopted and the joint motion for dismissal with prejudice should be granted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. The motion for dismissal with prejudice is granted. Plaintiff's complaint and defendant's counterclaim are dismissed with prejudice.

DATED this 2nd day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court